UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

v.

ARTHUR LEE CARTER, JR., a/k/a
Khallid Muhammad,
            *Defendant-Appellant.*

No. 02-4834

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
Rebecca Beach Smith, District Judge.
(CR-02-83)

Submitted: March 26, 2003

Decided: April 14, 2003

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by published per curiam opinion.

---

**COUNSEL**

Frank W. Dunham, Jr., Federal Public Defender, Larry W. Shelton, Supervisory Assistant Federal Public Defender, Norfolk, Virginia, for Appellee. Paul J. McNulty, United States Attorney, Laura P. Tayman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Arthur Lee Carter, Jr. appeals from his conviction and the 105-month sentence imposed by the district court following his guilty plea to possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) (2000). Finding no reversible error, we affirm.

On appeal, Carter contends his guilty plea was not knowing and voluntary. Because Carter did not move to withdraw his guilty plea in the district court, review is for plain error. *See United States v. Martinez*, 277 F.3d 517, 527 (4th Cir.), *cert. denied*, __ U.S. __, 123 S. Ct. 200 (2002). A thorough review of the record reveals no plain error, and we find Carter's plea was knowing and voluntary.

Carter also challenges the district court's application of the Sentencing Guidelines. Because we conclude Carter knowingly and voluntarily waived his right to appeal his sentence, his challenge to the district court's application of the Sentencing Guidelines is waived. *United States v. Wiggins*, 905 F.2d 51, 53 (4th Cir. 1990).

Accordingly, we affirm Carter's conviction and sentence.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

*We deny the Government's motion to dismiss the appeal.